UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN HIBBS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STATE BANK OF INDIA (CALIFORNIA),<br><br>Defendant. | Case No. CV 11-00338-AHM (RZx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

It appearing to the satisfaction of the Court, as evidenced by the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this case should be dismissed with prejudice;

It is, therefore, ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, with each party to bear its own costs, including attorney's fees.

Dated: May 6 2011

_____
A. HOWARD MATZ
United States District Judge